UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DANIEL JOSE GARCIA,                                        **<u>ORDER</u>**

                          Plaintiff,                       24-CV-07000 (LDH) (LB)

               -against-

MR. IRIVNG G. JOHN DOE; JANE DOE;
JANE DOE WITNESS,

                          Defendants.
-----------------------------------------------------------x
LaSHANN DeARCY HALL, United States District Judge:

        Plaintiff Daniel Jose Garcia, currently incarcerated at the George R. Vierno Center

("GRVC") on Rikers Island, filed this *pro se* action under 42 U.S.C. § 1983.  (ECF No. 1.)  By

Memorandum and Order dated April 24, 2025, the Court granted Plaintiff's request to proceed *in*

*forma pauperis* ("IFP") and dismissed the Complaint for failure to state a claim upon which relief

may be granted, *see* 28 U.S.C. § 1915(e)(2)(B), and for failure to conform with Rule 8(a) of the

Federal Rules of Civil Procedure.  (ECF No. 5.)  Plaintiff was granted thirty (30) days to file an

amended complaint.  Instead of filing an amended complaint, Plaintiff submitted a letter that failed

to sufficiently address the deficiencies noted in the Court's Order.  (ECF No. 6.)

        Accordingly, the Court grants Plaintiff a final opportunity to submit an amended complaint

that clarifies the basis of his claim.  Plaintiff is reminded that if he files an amended complaint, he

must clearly state the facts giving rise to his claims and name as defendants the individuals or

entities responsible for each action or omission, explain what each defendant did or failed to do,

and explain how that action or omission led to a deprivation of his federal constitutional or

statutory rights.  Any amended complaint that Plaintiff elects to file should be printed legibly.

Plaintiff is informed that the amended complaint will completely replace, not supplement, the

1

original complaint. The amended complaint must be captioned as an "Amended Complaint" and bear the same docket number as this Order. Plaintiff should complete and return the Court's standard form complaint, which will be mailed to him, to clarify the parties involved in the case, the nature of his claims, and the facts he alleges in support of those claims.

## CONCLUSION

Plaintiff is granted thirty days' leave from the date of this Order to file an amended complaint as detailed above. If Plaintiff fails to file an amended complaint within the time allowed or show good cause why he cannot comply, judgment may enter. All further proceedings shall be stayed for 30 days. Any amended complaint that Plaintiff elects to file will be reviewed for sufficiency.

The Clerk of Court is respectfully requested to provide Plaintiff with a copy of the Court's Order dated April 24, 2025, and a prisoner's civil rights complaint form.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that any appeal would not be taken in good faith and, therefore, *in forma pauperis* status, is denied for the purpose of any appeal. *Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

SO ORDERED.

＿＿＿＿/s/ LDH＿＿＿＿＿＿
LaSHANN DeARCY HALL
United States District Judge

Dated: April 13, 2025
Brooklyn, New York

2